The Motion is DENIED.  The 30-day period for removal, beginning July 28, 2020, has expired.

Date:  September 4, 2020
       New York, New York

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
CORSO, LLC,                                           Case No. 1:20-cv-06966
:
Plaintiff,
:   **NOTICE OF MOTION FOR RECONSIDERATION AND CONSENT MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL**
- against -
:
GUESS? RETAIL, INC. and GUESS?, INC.,
:
Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support, and upon all the prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Lorna G. Schofield, on a date and time designated by the Court, under 28 U.S.C. § 1653, federal common law, and the Court's inherent power, for reconsideration of the Court's Order, dated August 31, 2020, to remand the above-captioned action to the Supreme Court of the State of New York, New York County, on the basis that Defendants Guess? Retail, Inc.'s and Guess?, Inc.'s Notice of Removal, dated August 27, 2020, was procedurally defective, and on consent, for leave to file an amended notice of removal correcting all procedural defects, together with such other and further relief as the Court may deem just and proper.

1

Dated: New York, New York   **WINSTON & STRAWN LLP**
September 2, 2020

By <u>*/s/Martin C. Geagan*</u>
Martin C. Geagan

200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
e-mail: MGeagan@winston.com

*Attorneys for Defendants*
*Guess? Retail, Inc. and Guess?, Inc.*